UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WANDA HEARD,

       Plaintiff,

v.

UNITED STATES STEEL,

       Defendant.

Case No. 06-cv-615-JPG

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon a stipulation of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by Wanda Heard against defendant United States Steel Corporation, incorrectly identified in the complaint as United States Steel, in this case, are **DISMISSED with prejudice**.  Each party shall bear its own costs and attorney fees.

**DATE: January 22, 2007**

                                          **NORBERT G. JAWORSKI, CLERK**

                                          **By: s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**